payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Jack Ross, Respondent, v. L. Mundet & Son, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

The People of the State of New York, Respondent, v. John McGraw, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Henry E. Cohen and Another, Appellants, v. Cabco Owners Association, Inc., and Another, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Thoroughbred Publishing Co., Inc., Appellant, v. Daily Running Horse, Inc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Richard G. Jennings and Others, as Executors, etc., of Edward H. Jennings, Deceased, Appellants, v. Clarence Dillon and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

The People of the State of New York, Respondent, v. George Hope, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

Nellie Benzinger, as Administratrix, etc., of Joseph Benzinger, Deceased, Respondent, v. Nestor Development Holdings, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Theodore E. Simmang, Appellant, v. Henry Werblow and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

American Seating Company, Respondent, v. Oltarsh Building Co., Inc., and Another, Defendants, Impleaded with Mortimer G. Mayer and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Herbert Schorr, Respondent, v. Mutual Factors Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

John P. Peel Company, Appellant, v. Rose Stivelband and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

Abraham Schwartz, an Infant, by Sam Schwartz, His Guardian ad Litem, Respondent, v. Sophia Stavish and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Mira Mar Beach, Inc., Appellant, v. 227 Riverside Drive Corporation, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Matthew Wengert, Respondent, v. Harry Duke and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.